April 24, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

SEASCAPE OWNERS ASSOCIATION, INC., Appellant

NO. 14-12-00058-CV                    V.

INTERNATIONAL RISK CONTROL, LLC, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on December 5, 2012. Having considered the motion and found it meritorious, we order the appeal filed by Seascape Owners Association, Inc. **DISMISSED**. The appeal filed by International Risk Control, LLC remains pending under this court's appellate case number 14-12-00016-CV.

We further order that all costs incurred by reason of this appeal be paid by SEASCAPE OWNERS ASSOCIATION, INC.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.